UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

WILLIAM BRADLEY ROBINSON,

    Plaintiff,

v.                                                                  NO. 5:20-cv-00290-MAS

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## JUDGMENT

Consistent with the contemporaneously entered Memorandum Opinion & Order resolving the summary judgment cross-motions in this case, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **AFFIRMS** the administrative decision and **ENTERS JUDGMENT** in favor of Defendant Commissioner of Social Security;

2. The Court **DISMISSES WITH PREJUDICE** Plaintiff's Complaint (DE 1); and

3. The Court **STRIKES** this matter from its active docket.

This the 27th day of January, 2022.



Signed By:
Matthew A. Stinnett
United States Magistrate Judge